UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KALYANI SPIECKERMAN, ET AL.,

        Plaintiff(s),

    v.

MACLAREN USA INC., ET AL.,

        Defendant(s).

No. C-11-05695 DMR

**ORDER FOR SUPPLEMENTAL BRIEFING AND REVISED PROPOSED ORDER**

The court is in receipt of Plaintiff's Motion for Court Approval of Minor's Compromise. [Docket No. 17.] Plaintiff has not abided by California Court Rule 7.955(c), which requires the attorney seeking fees to provide an analysis of the fee request's reasonableness pursuant to the factors set forth in subsection (b) of that Rule. The court therefore ORDERS Plaintiff to submit supplemental briefing which details the reasonableness of the attorney's fees sought under California Court Rule 7.955 no later than June 7, 2012.

Furthermore, the court ORDERS Plaintiff to submit by that same date a revised proposed order which (1) includes an analysis of the attorney's fees' reasonableness pursuant to the Rule 7.955(b) factors and (2) complies with California Court Rule 7.953.

IT IS SO ORDERED.

Dated: June 4, 2012



DONNA M. RYU
United States Magistrate Judge