Larry E. Cook (State Bar No. 122776)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs
KALYANI SPIECKERMAN, a minor
TANUJA KARUNAKAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRIT OF CALIFORNIA

| | |
|---|---|
| KALYANI SPIECKERMAN, a minor, by and through her Guardian Ad Litem, DAMIAN SPIECKERMAN; and TANUJA KARUNAKAR<br><br>Plaintiff,<br><br>vs.<br><br>MACLAREN USA INC., TOYS "R" US-DELEWARE, INC.; BABIES "R" US and DOES 1 to 50,<br><br>Defendants. | Case No. C11-05695 DMR<br><br>[~~PROPOSED~~] ORDER GRANTING PETITION FOR COURT APPROVAL OF MINOR'S COMPROMISE |

The Petition for Court Approval of Minor's Claim came before the Honorable Donna M. Ryu, presiding.

GOOD CAUSE APPEARING, THE COURT FINDS:

1.  Petitioner, DAMIAN SPIECKERMAN, is the father and regularly appointed Guardian ad Litem of Plaintiff, K.S..

2.  Plaintiff K.S. is a three year old girl, born \*\*/\*\*/2008.

3.  Plaintiff K.S. has a claim for damages arising out of personal injuries sustained on October 5, 2009, when her finger was amputated in the folding mechanism of a stroller.

4.  The law firm of Casper, Meadows, Schwartz & Cook have represented Plaintiff in this matter and are entitled to attorneys' fees and hereinafter set forth. Plaintiffs' attorneys

CASPER, MEADOWS
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

[~~Proposed~~] Order Granting Petition For Court Approval Of Minor's Compromise
Case No. C11-05695 DMR

Page 1

were not recommended to Petitioner by Defendants and Petitioner has no business relationship with Defendants and will receive no other compensation for their services except as described in this Petition.

5. Plaintiff has represented the defendant has offered to pay plaintiff $115,000.00 in consideration of a dismissal with prejudice and a full release in this matter. Plaintiff has further represented that the settlement funds will be allocated as follows:

$100,000.00 to Plaintiff K.S., a minor

$15,000.00 to Plaintiff TANUJA KARUNAKAR

6. Plaintiff has represented that $69,594.74 of the settlement funds will be used to purchases an annuity for the minor plaintiff (Exhibit 6 to the Declaration of Larry E. Cook). As Exhibit 6 states, the minor plaintiff will receive payments from the annuity as follows:

> Damian Spieckerman, individually, and as parent and natural guardian of K.S., a minor, believes that entering into a structured settlement with First Specialty Insurance Corporation, the liability carrier for Maclaren USA for all claims he may have on behalf of K.S., is in K.S.'s, best interest. $69,594.00 of the overall settlement of this matter shall be used to fund an annuity for the benefit of K.S. Said annuity shall provide the following "periodic payments":
>
> (1) To K.S. ("Payee"), the sum of Ten Thousand Dollars ($10,000.00), paid semi-annually, guaranteed for 10 payments, starting on 07/04/2026 and ending on 01/04/2031.
>
> (2) To K.S. ("Payee"), the sum of Thirty Thousand Six Hundred Forty Five Dollars and Fifty Three Cents ($30,645.53), guaranteed, paid on 07/04/2038.
>
> Said $69,594.00 payment shall be made payable to Liberty Life Assurance Company of Boston. Liberty Life Assurance Company

CASPER, MEADOWS
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Order Granting Petition For Court Approval Of Minor's Compromise
Case No. C11-05695 DMR

Page 2

of Boston shall fund the "periodic payments" by purchasing a "qualified funding asset" within meaning of Section 130(d) of the Internal Revenue Code of 1986 in the form of an annuity contract. The parties to this settlement shall cooperate fully and execute any and all supplementary documents, including a qualified assignment document, and to take all additional actions which may be necessary or appropriate to give full force and effect to the basic terms and intent of this settlement. Liberty Life Assurance Company of Boston's ratings are as follows: A.M. Best – A (Excellent), Class X.

7.  Petitioner has requested that the attorney's fees in the amount $24,707.41 be paid to plaintiff's attorneys of record in the above-entitled matter regarding K.S., a minor, and $3,457.41 regarding plaintiff Tanuja Karunakar.

8.  In addition, Petitioner is requesting reimbursement to Casper, Meadows, Schwartz & Cook for costs incurred. To date, they are $1,170.35 and will be paid from the proceeds of this plaintiff K.S.'s settlement and $1,170.36 will be paid from the proceeds of plaintiff Tanuja Karunakar.

9.  Petitioner recommends this settlement to the Court as being fair and reasonable, and in the best interest of the minor. Petitioner understands that if the proposed settlement is approved, Plaintiff will be barred from seeking further compensation in the future.

IT IS THEREOFRE ORDERED, AJUDGED AND DECREED THAT:

1.  The settlement on behalf K.S., a minor, is hereby approved.

2.  Having considered the declaration of Larry E. Cook in support of reasonable attorney fees and incorporating said declaration herein by reference, Court finds said attorney fees and costs are reasonable pursuant to California Rules of Court, Rule 7.955 and the same are so ordered.

3.  Defendant is hereby authorized and directed to pay the law firm of Casper,

CASPER, MEADOWS
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

[Proposed] Order Granting Petition For Court Approval Of Minor's Compromise
Case No. C11-05695 DMR

Page 3

1  Meadows, Schwartz & Cook attorneys' fees in the amount of $24,707.41 regarding plaintiff
2  K.S. and $3,457.41 regarding plaintiff Tanuja Karunakar. In addition, Defendant will issue a
3  check for the costs incurred in the amount of $2,340.71 made payable to Casper, Meadows,
4  Schwartz & Cook.

5      4.    Defendant is hereby authorized and directed to issue a check to Tanuja
6  Karunakar in the amount of $10,372.23 representing her proceeds.

7      5.    Defendant is hereby authorized and directed to issue check payable to
8  Healthcare Recoveries in the amount of $4,527.50 representing payment of plaintiff K.S.'s
9  medical lien to Kaiser.

10      6.    Defendants are hereby authorized and directed to pay through 360 Structured
11  Settlement Solutions in the amount of $69,594.74 or purchase the annuity.

13  Dated: June 7, 2012

**IT IS SO ORDERED AS MODIFIED**
Judge Donna M. Ryu

The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT JUDGE
Northern District of California

16  7. It is further ORDERED that a certified or filed endorsed copy of this order be delivered to a manager at Liberty Life Assurance Company of Boston and that a receipt from the institution be promptly filed with the Court, acknowledging receipt of both the funds deposited and the order for deposit of funds.

Submitted by:
CASPER, MEADOWS, SCHWARTZ & COOK

By: _____
LARRY E. COOK

CASPER, MEADOWS
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

[Proposed] Order Granting Petition For Court Approval Of Minor's Compromise
Case No. C11-05695 DMR

Page 4